1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   STEVEN DANIEL FORCE,                        1:09-cv-02211-YNP-DLB (HC)

10              Petitioner,                      ORDER TRANSFERRING CASE TO THE
                                                 UNITED STATES DISTRICT COURT FOR
11  vs.                                          THE CENTRAL  DISTRICT OF
                                                 CALIFORNIA
12  STEPHEN MAYBERG,

13              Respondent.

14  _____/

15

16        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

17  U.S.C. § 2254.

18        Venue for a habeas action is proper in either the district of confinement or the district of

19  conviction.  28 U.S.C. A. § 2241 (d).  However, it is preferable for petitions challenging a conviction

20  or sentence to be heard in the district of conviction while petitions challenging the manner in which the

21  sentence is being executed be heard in the district of confinement. Dunne v. Henman, 875 F.2d 244, 249

22  (9th Cir. 1989).

23        In this case, the petitioner is challenging a conviction from Orange County, which is in the

24  Central District of California.  Therefore, the petition should have been filed in the United States District

25  Court for the Central District of California.  In the interest of justice, a federal court may transfer a case

26  filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d

27  918, 932 (D.C. Cir. 1974).

28        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

-1-

1  District Court for the Central District of California.

2

3        IT IS SO ORDERED.

4        **Dated:**   **December 23, 2009**                    **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28